963 F.2d 385
 Marine Transport Lines, Inc.
v.
International Organization of Masters, Mates and Pilots
 NO. 91-3756
 United States Court of Appeals,
Eleventh Circuit.
 May 05, 1992
 Appeal From: M.D.Fla., 766 F.Supp. 1564
 
 1
 AFFIRMED.
 
 
 2
 Federal Reporter. The Eleventh Circuit provides by rule that
 
 
 3
 unpublished opinions are not considered binding precedent.
 
 
 4
 They may be cited as persuasive authority, provided that a
 
 
 5
 copy of the unpublished opinion is attached to or
 
 
 6
 incorporated within the brief, petition or motion. Eleventh
 
 Circuit Rules, Rule 36-2, 28 U.S.C.A.)